E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:   Monica.Tait@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-01928-JAK |
|---|---|
| Plaintiff/Respondent, | No. CR 12-00967-JAK |
| v. | <u>JOINT REPORT REGARDING EVIDENTIARY HEARING</u> |
| GORDON DRIVER, | |
| Defendant/Petitioner. | |

    Plaintiff/respondent United States of America and Defendant/Petitioner Gordon Driver ("defendant"), by and through their undersigned counsel of record, jointly report as follows:

    1.   On November 12, 2024, the Court issued an Order re defendant's 28 U.S.C. § 2255 motion, denying various claims, and deferring the decision of one claim, pending an evidentiary hearing. <u>See</u> Dkt. 272 (Criminal Case, CR 12-00967-JAK) and 53 (Civil case, CV 19-01928-JAK).

    2.   The issue the Court deferred was whether defendant's lawyers failed to advise defendant as to the immigration consequences of his guilty plea. The Court ordered that "an evidentiary hearing

1 | will be scheduled with respect to this issue, at which [defendant]
2 | and his [trial] Counsel will testify." CR 272 (Criminal case) at 7.
3 | The Court ordered the parties to file a joint report within 14 days
4 | of the Order as to proposed dates for an evidentiary hearing as to
5 | this issue.
6 |     3. Undersigned counsel for the government and for petitioner
7 | conferred by telephone on November 21, 2024. Based on that
8 | conference, they jointly report and request that the Court permit the
9 | parties additional time to propose dates for the evidentiary hearing,
10 | for the following reasons:
11 |     a. Defendant's trial counsel included Clifford Histed,
12 | who resides in Chicago, and Anthony Eaglin, who resides in the South-
13 | East of the United States.
14 |     b. The government reports that after the Court's November
15 | 12, 2024 Order was entered, it emailed counsel for Histed to notify
16 | him of the Order, and to request a phone call regarding Mr. Histed's
17 | availability for an evidentiary hearing. Counsel for Mr. Histed
18 | responded on November 21, 2024 that Mr. Histed is in trial through
19 | Thanksgiving, and that he would confer with Mr. Histed and contact
20 | government counsel again after conclusion of that trial (which will
21 | be after the deadline for filing this Report). The government also
22 | notified defendant's former counsel Anthony Eaglin on November 20,
23 | 2024 of the need to testify at an evidentiary hearing in Los Angeles,
24 | but has not heard back from Mr. Eaglin. Accordingly, additional time
25 | is needed to confer with defendant's former trial counsel before
26 | proposing dates for the hearing.
27 |     c. Counsel for defendant reports that he has not been
28 | able to discuss the November Order with defendant, or discuss the

2

mechanics of the potential evidentiary hearing with him.  Defendant is still in Bureau of Prisons ("BOP") custody, albeit at a residential reentry program in Arizona, and counsel for defendant cannot easily contact him.  Counsel needs additional time to reach defendant, thoroughly discuss with defendant the implications of the November Order, and to discuss with BOP whether defendant will have to change his custodial arrangement in order to appear in Los Angeles for the hearing.

   d. Given the Thanksgiving, Christmas, and New Year's holidays fast approaching, the parties jointly and respectfully request additional time to propose appropriate dates for the evidentiary hearing, which dates will take into account the schedules of Histed, Eaglin, and undersigned counsel, as well as defendant's custodial circumstances.  The parties respectfully request that the Court permit them to report back to the Court by January 16, 2025 with proposed dates for the evidentiary hearing.

Respectfully submitted,

November 25, 2024  
DATE

/s/Errol Stambler by MET per emailed authorization  
ERROL STAMBLER  
Attorney for Defendant GORDON DRIVER

November 26, 2024  
DATE

/s/ Monica E. Tait  
MONICA E. TAIT  
Attorney for Plaintiff/respondent  
UNITED STATES OF AMERICA