E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:   Monica.Tait@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-01928-JAK |
|---|---|
| Plaintiff/Respondent, | No. CR 12-00967-JAK |
| v. | SECOND JOINT REPORT REGARDING EVIDENTIARY HEARING |
| GORDON DRIVER, | |
| Defendant/Petitioner. | |

    Plaintiff/respondent United States of America and Defendant/Petitioner Gordon Driver ("defendant"), by and through their undersigned counsel of record, jointly report as follows:

    1.   On November 12, 2024, the Court issued an Order re defendant's 28 U.S.C. § 2255 motion, denying various claims, and deferring the decision of one claim, pending an evidentiary hearing. See Dkt. 272 (Criminal Case, CR 12-00967-JAK) and 53 (Civil case, CV 19-01928-JAK).

    2.   The issue the Court deferred was whether defendant's lawyers failed to advise defendant as to the immigration consequences of his guilty plea. The Court ordered that "an evidentiary hearing

will be scheduled with respect to this issue, at which [defendant] and his [trial] Counsel will testify." CR 272 (Criminal case) at 7.

3. Undersigned counsel for the government and for petitioner have conferred with each other, and supplement their November 2024 joint report as follows:

    a. Defendant's trial counsel included Clifford Histed, who resides in Chicago, and Anthony Eaglin, who resides in the South-East of the United States.

    b. Due to Mr. Histed's trial Schedule and that of his attorney, as well as the schedules of undersigned counsel, the parties jointly propose that the Court schedule the evidentiary hearing for a day during one of the following weeks:

        i. April 28-May 2, 2025. If posible, to facilitate witness travel, the parties respectfully recommend the Court choose a midweek date.

        ii. May 5-6, or May 8-9, 2025. (Counsel for defendant Driver is not available on May 7, 2025.)

Respectfully submitted,

January 15, 2025  
DATE

/s/ Errol Stambler, by MET per emailed authorization  
ERROL STAMBLER  
Attorney for Defendant GORDON DRIVER

January 16, 2025  
DATE

/s/ Monica E. Tait  
MONICA E. TAIT  
Attorney for Plaintiff/respondent  
UNITED STATES OF AMERICA

2