Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024
Email: estambler@msn.com
California State Bar Number: 58374

Attorney for GORDON DRIVER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. CV 19-01928-JAK |
| | CR 12-00967-JAK |
| Plaintiff, | |
| v. | DEFENDANT/PETITIONER GORDON DRIVER'S WITHDRAWAL OF HIS REMAINING GROUND FOR RELIEF PURSUANT TO 28 U.S.C. § 2255; CERTIFICATION OF COUNSEL AND OF DEFENDANT |
| Gordon Driver, | |
| Defendant/Petitioner. | |
| | Hearing Date:    May 5, 2025 |
| | Before the Honorable John A. Kronstadt |

Defendant/Petitioner GORDON DRIVER, individually and by and through his counsel of record, Errol H. Stambler, hereby withdraws the single ground of his § 2255 petition remaining after this Court's November 12, 2024 ORDER RE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255, filed as docket numbers 272 in CR 12-00967-JAK, and 53 in CV 19-01928-JAK, namely: Ground One, the claim that defendant received ineffective assistance of counsel from attorneys Clifford C. Histed and Anthony Eaglin based on their alleged failure to advise him of immigration consequences that a guilty plea to Count 9
//

1

of the indictment would be an aggravated felony and subject DRIVER to automatic deportation.

Dated:                                         Respectfully submitted,

                                             _____/s_____
                                             ERROL H. STAMBLER
                                             Attorney for GORDON DRIVER

## CERTIFICATION OF DEFENDANT

I have read this document in its entirety. I have had enough time to review and consider this document, and I have carefully and thoroughly discussed every part of it with my attorney, Errol Stambler, and have had the benefit of his counsel and advice. I hereby knowingly and voluntarily withdraw Ground One of my motion to vacate, set aside, or correct my sentence ("my § 2255 Petition"), specifically: I withdraw my ineffective assistance of counsel claim that, before I pleaded guilty on April 23, 2015 to Count 9 of the Indictment in my criminal case, attorneys Clifford C. Histed and Anthony Eaglin failed to advise me of the immigration consequences of entering a guilty plea to Count 9 of the Indictment, namely, that I was pleading guilty to an aggravated felony and that I would be subject to automatic deportation.

Based on my withdrawal of this claim, I understand there will be no evidentiary hearing on my § 2255 Petition, because the Court has already denied the remaining claims I raised in my § 2255 Petition.

GORDON
Defendant

Date: 2/14/2025

CERTIFICATION OF COUNSEL

I have carefully and thoroughly discussed every part of this document with my client, GORDON DRIVER.  Further, I have fully advised my client of the consequences of withdrawing Ground One of his 28 U.S.C. § 2255 petition.  To my knowledge, my

//

client's decision to withdraw Ground One of his 28 U.S.C. § 2255 petition is an informed and voluntary one.

| /s | 2/17/25 |
|---|---|
| ERROL H. STAMBLER<br>Attorney for GORDON DRIVER | Date |

3