Name _Gordon Driver_____

Address _2505 Anthem Village Drive, E400_____

City, State, Zip _Henderson, NV 89052_____

Phone _____

Fax _____

E-Mail _GDriver1@me.com_____

☐ FPD    ☐ Appointed    ☐ CJA    ☒ Pro Per    ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | LA CV19-01928-JAK |
| v. | |
| Gordon Driver | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Grodon Driver_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☒ Other (specify):
   Denial of Habeas 2255

Imposed or Filed on ____February 25, 2025____. Entered on the docket in this action on February 25, 2025_____.

A copy of said judgment or order is attached hereto.

February 25, 2025_____          _Gordon Driver, by EHS_____

Date                                        Signature
                                            ☒ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                 **NOTICE OF APPEAL**